IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GARY THORN and TERESA THORN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 3:17-0283 |
| | ) | Judge Trauger |
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

The jury trial set for July 10, 2018 and the pretrial conference set for July 6, 2018 are **CANCELLED**.

It is so **ORDERED**.

ENTER this 31st day of May 2018.

_____
ALETA A. TRAUGER
U.S. District Judge