# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

GARY AND TERESA THORN,

    Plaintiffs,

v.                          No. 3:17-cv-00283

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY,

    Defendant.

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Came this date the parties, by and through counsel of record, and informed the Court that the above-styled matter was resolved by way of mutual compromise. Therefore, the parties moved this Court for entry of an Order of Dismissal with prejudice. The motion being well-taken:

IT IS THEREFORE ORDERED that the above-styled matter, bearing docket number 3:17-cv-00283, is hereby dismissed with prejudice. No discretionary costs will be applied for or awarded. Costs are assessed to Defendant Nationwide Mutual Fire Insurance Company.

IT IS SO ORDERED this the 26th day of June, 2018.

_____
District Judge Aleta A. Trauger

APPROVED FOR ENTRY BY:

| | |
|---|---|
| s/Sonya Wright | s/ Russell E. Reviere |
| Sonya Wright (BPR No. 023898) | Russell E. Reviere (BPR No. 07166) |
| Farra Wright, PLLC | Jonathan D. Stewart (BPR No. 023039) |
| 122 North Church Street | Rainey, Kizer, Reviere & Bell, P.L.C. |
| Murfreesboro, Tennessee 37130 | 209 East Main Street / P.O. Box 1147 |
| (615) 896-8000 | Jackson, Tennessee 38302-1147 |
| Attorney for Plaintiff | (731) 423-2414 |
| | Attorneys for Defendant |